William P. Lohr, Respondent, v. Arthur E. Hedstrom and Others, Appellants.— Judgment and order reversed and new trial granted, with costs to appellants to abide event. Held, that the defendants were under no obligation to inspect the car after delivery upon their tracks. All concurred.

Martha Prinz, Respondent, v. International Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Belle Levine, Respondent, v. International Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred; Lambert, J., not sitting.

Lucy A. Grissinger, Respondent, v. International Railway Company and City of Buffalo, Appellants.— Judgment and order affirmed, with costs. All concurred; Lambert, J., not sitting.

Lucy A. Marsh, Appellant, v. The Town of Belfast, Respondent.— Judgment and order reversed and new trial granted, with costs to appellant to abide event. All concurred, except Robson and Foote, JJ., who dissented. Held, that the question of defendant's negligence and of plaintiff's freedom from contributory negligence were questions of fact which should have been submitted to the jury.

Erie Contracting Company, Respondent, v. Fillmore Land Company, Appellant, Impleaded with Others.— Judgment affirmed, with costs. All concurred.

Frank X. Gross, Jr., by Anna Gross, His Guardian ad Litem, Respondent, v. Timanus J. Wilson, Appellant.— Judgment and order affirmed, with costs. All concurred.

Alfred W. Chilcott, Respondent, v. The Broadway Brewing and Malting Company, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Fred O. Murray, Respondent, v. Emma Murray, Appellant.—Judgment affirmed, with costs. All concurred.

Willis S. Housel, as Executor, etc., of Elizabeth W. Sheldon, Deceased, Respondent, v. Nettie V. C. Smith, Individually and as Executrix, etc., of Carrie T. Cook, Deceased, and Others, Appellants.— Judgment affirmed, with costs. All concurred.

Alice A. Howard and Mary E. H. Rogers, Appellants, v. The Jarvis-Payne Company, Respondent.— Judgment and order affirmed, with costs. New trial to be had in Buffalo City Court on the 2d day of April, 1913, at ten A. M. All concurred; Lambert, J., not sitting.

John Barry, as Administrator, etc., of H. John Barry, Deceased, Respondent, v. Strobel Steel Construction Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Reynold MacDonald, as Receiver of the Fredonia and Olean Garage Company, Appellant, v. Harlow J. Crissey, Respondent.— Judgment affirmed, with costs. All concurred; Lambert, J., not sitting.

Mayer Wile and Others, Appellants, v. William Moore, Respondent, Impleaded with *John C. Birdsall.* —*Judgment* and order affirmed, with costs. All concurred; Lambert, J., not sitting.

Norman Edinger, an Infant, by Peter Edinger, His Guardian ad Litem,